

FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0272

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 20-0272

RINDO R. SIRONI, M.D. and ST. JAMES
HEALTHCARE,

Petitioners,

v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, SILVER BOW COUNTY,
HONORABLE KURT KRUEGER, Presiding

Respondent.

FILED

JUN 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court issued an order on May 20, 2020, granting "the Eleventh Judicial District Court and the State of Montana or both," time "to prepare, file, and serve a response(s) to the petition for writ of supervisory control" filed by Petitioners Rindo R. Sironi, M.D., and St. James Healthcare and directed the Clerk of the Supreme Court "to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Second Judicial District Court, Butte-Silver Bow County, Cause No. DV-16-262, and the Honorable Kurt Krueger, presiding Judge." The Order should have granted the Eleventh Judicial District Court, the State of Montana, *or the Plaintiff* in the Second Judicial District Court, Butte-Silver Bow County, Cause No. DV-16-262, leave to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

To clear up any confusion that may have arisen from the May 20 Order, we are re-issuing the order for response to permit the Plaintiff in the underlying action to file a response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eleventh Judicial District Court, the State of Montana, or the Plaintiff in the Second Judicial District Court, Butte-Silver Bow County, Cause No.

DV-16-262, are granted twenty days from the date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Second Judicial District Court, Butte-Silver Bow County, Cause No. DV-16-262, and the Honorable Kurt Krueger, presiding Judge.

Dated this 29th day of June, 2020.

_____
Justice